## Third Department, September, 1918.

Altha C. Dimick, Respondent, v. Parkside Operating Company, Inc., Appellant.

Appeal from an order of the Supreme Court, entered in the Ulster county clerk's office August 8, 1918.

Per Curiam: We think that under the facts disclosed in this record the motion to change the venue from the county of Ulster to the county of New York should have been granted by the Special Term. The order is reversed, with ten dollars costs and disbursements, and the motion to change the venue from Ulster county to New York county is granted, without costs. All concurred. Order reversed, with ten dollars costs and disbursements, and motion to change the place of trial from Ulster county to New York county granted, without costs.

James I. Courtney and Anna L. Courtney, as Executors, etc., of George L. Courtney, Deceased, Appellants, v. Helen Alicia McArdle and The Union Trust Company of Albany, N. Y., as Executors, etc., of Patrick J. McArdle, Deceased, Respondents.

Appeal from an order of the Supreme Court, entered in the Albany county clerk's office February 14, 1918.

Per Curiam: We think that under the facts and circumstances presented by the record in this case, the motion for suppressing the deposition of the plaintiffs' witness, William S. McKay, should not have been granted. The order is reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs All concurred. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.